IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSHUA AYALA-LUGO,<br>Defendant, | CRIMINAL NO.: 17-594 (FAB) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Joshua Ayala-Lugo, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on October 17, 2018 before Honorable Francisco A. Besosa, United States District Judge for the District of Puerto Rico.

Defendant further requests that the Office of the Federal Defender, District of Puerto Rico, continue representing him in this appeal.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 26th day of October 2018.

        ERIC A. VOS
        **Federal Public Defender**
        **District of Puerto Rico**

        */S/ FRANCISCO CELEDONIO*
        FRANCISCO CELEDONIO
        **USDC-G02114**
        **A.F.P.D. for Defendant**
        **241 Franklin D. Roosevelt Avenue**
        **San Juan, PR   00918-2441**
        **Tel. (787) 281-4922**
        **Fax (787) 281-4899**
        **E-mail : francisco_celedonio@fd.org**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 26th day of October 2018.

ERIC A. VOS
**Federal Public Defender**
**District of Puerto Rico**

*/S/ Francisco Celedonio*
**Francisco Celedonio**
**USDC-G02114**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**San Juan, PR   00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** francisco_celedonio@fd.org